FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Juan Marcos Gomez Miranda,<br><br>　　　　　　Defendant. | Case No. CR 00-00402-RSWL<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

　　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　　A.　( ✓ ) the appearance of defendant as required; and/or

　　　　　B.　( ✓ ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _criminal history; violation allegations_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _illegal status; prior fugitive status_

IT IS ORDERED that defendant be detained.

DATED: 6/10/2020

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge